PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

### Addendum to

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Richard Davis

**Docket Number:** 08-00612-003
**PACTS Number:** 51557

**Name of Sentencing Judicial Officer:** HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 06/15/2009

**Original Offense:** CONSPIRACY TO DEFRAUD THE UNITED STATES

**Original Sentence:** 30 months imprisonment - 36 months supervised release - S.A. 100.00 - Restitution 17,884.98 - drug aftercare- cooperate with dna - financial Disclosure - no new debt

**Type of Supervision:** supervised release     **Date Supervision Commenced: September 9, 2010**

**Assistant U.S. Attorney:** Scott B. McBride, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Pasquale F. Giannetta, 36 Mountain View Blvd., Wayne N. J 07470, 973-872-9700

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'<br><br>The offender failed to report to the United States Probation Office on January 10, 2011 and February 15, 20011.<br><br>On January 3, 2011, a notice to report to the United States Probation Office on January 10, 2011, was mailed to the offender by our office in Tinton Falls, New Jersey. The offender failed to report. Later that day, the offender left a voice |

mail message stating that he could not report due to a lack of transportation.

On January 11, 2011, the undersigned left a voice mail message instructing him to contact our office immediately. He failed to do so.

2.           The offender has violated the standard supervision condition which states 'You shall notify the probation officer within 72 hours of any change of residence or employment.'

The offender relocated from his residence on 1204 Mattison Ave., Asbury Park, N. J, to an undisclosed address, without notifying the United States Probation Office or any of its representatives.

On February 10, 2011, a notice to report to the United States Probation Office on February 16, 2011, was mailed to the offender by our office in Tinton Falls, New Jersey. The offender failed to report. On February 21, 2011, the United States Probation Office received the notice sent to the offender returned, stating that the offender had moved and left no forwarding address. On February 21, 2011, the undersigned left a voice mail message for the offender to contact our office and leave contact information, including his current address. The offender failed to contact our office as instructed. On March 10, 2011, the undersigned attempted to contact the undersigned on his cellular telephone. The message stated that the phone was disconnected.

3.           The offender has violated the mandatory supervision condition which states 'You shall not commit another federal, state, or local crime.'

On or about February 17, 2011, within the Jurisdiction of the Livingston, New Jersey Municipal Court, Richard Davis, A.K.A. Rahim King, committed the offense of Shoplifting by purposely concealing merchandise; to wit, jeans valued at $336.50 belonging to American Eagle, 259 Livingston Mall, with intent to deprive the merchant of the full or partial retail value of the merchandise, in violation of N. J. S. 2C: 20-11b(2), a crime in the 4th degree.

4.              The offender has violated the mandatory supervision condition which states 'You
                shall not commit another federal, state, or local crime.'

                On or about February 17, 2011, within the Jurisdiction of the Livingston, New
                Jersey Municipal Court, Richard Davis, A.K.A. Rahim King, committed the
                offense of Possession of Burglary Tools by possessing a pair of wire cutter type
                pliers with the intent to use them to remove security sensors from items offered
                in sale, in violation of N. J. S. 2c: 5-5, a disorderly person offense.

                      I declare under penalty of perjury that the foregoing is true and correct.

                                        By:  Donald G. Hewins
                                             Senior U.S. Probation Officer
                                        Date:  4/20/11

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[   ] The Issuance of a Summons.  Date of Hearing: _____.
[   ] No Action
[   ] Other

                                        _____
                                             Signature of Judicial Officer

                                                    5 - 16 / 1
                                        _____
                                                       Date